# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 25-1641

State of Iowa, et al.

Appellees

v.

Council on Environmental Quality and Brenda Mallory, in her official capacity as Chair

Appellees

Alaska Community Action on Toxics

Appellant

Center for Biological Diversity

Center for Environmental Health and Center for Food Safety

Appellants

Environmental Law and Policy Center

Environmental Protection Information Center, et al.

Appellants

Labor Council for Latin American Advancement

Malama Makua, et al.

Appellants

People's Collective for Environmental Justice

Rio Grande International Study Center, et al.

Appellants

State of Washington, et al.

No: 25-1705

State of Iowa, et al.

Appellees

v.

Council on Environmental Quality and Brenda Mallory, in her official capacity as Chair

Appellees

Alaska Community Action on Toxics, et al.

State of Washington and State of California

Appellants

State of Colorado

State of Illinois

Appellant

State of Maine

State of Maryland, et al.

Appellants

New York, City of

---

Appeal from U.S. District Court for the District of North Dakota - Western
(1:24-cv-00089-DMT)

---

**MANDATE**

In accordance with the judgment of July 29, 2025, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matters.

September 22, 2025

Clerk, U.S. Court of Appeals, Eighth Circuit